```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )     Criminal No.
                          )
                          )     18 U.S.C. § 1028(a)(7)(fraud in
                          )     connection with identification
                          )     information)
                          )
MARION WHITE,             )
                          )
        Defendant.        )

**INFORMATION**

The United States Attorney charges:

COUNT ONE:    (Title 18, United States Code, Section 1028(a)(7):
              (Fraud in connection with identification
              information))

　　1.　Beginning on or about July 2002, and continuing to at least September, 2003, in the District of Massachusetts,

                          MARION E. WHITE

the defendant herein, knowingly used a means of identification of a resident of Westfield, Massachusetts, without lawful authority, and with intent to commit a violation of federal, state or local law, to wit, false representation of Social Security account information, fraud and related activity in connection with credit and credit cards.

　　All in violation of Title 18, United States Code, Section 1028(a)(7).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kevin O'Regan /KLG/
KEVIN O'REGAN
Chief, Springfield Office


KAREN L. GOODWIN
Assistant U.S. Attorney

Dated: August 24, 2005