AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

MARION WHITE

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 05-30060

I, __MARION White__, the above named defendant, who is accused of

fraud in connection with identification information

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___Sept 1, 2005___ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Marion E. White_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer