UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
K'S OFFICE

2005 OCT 27 P 5: 31

)
UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
    v. )    Criminal Action No. 05CR30060-MAP
)
MARION WHITE, )
)
    Defendant. )
)

## UNITED STATES MOTION TO EXTEND TIME
(Assented to)

The Defendant, United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend the date set for Sentencing to December 8, 2005 or at any time during the week of December 19, 2005. As grounds for this motion, the undersigned states that she has oral argument in the First Circuit Court of Appeals on December 7, 2005.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the plaintiff's attorney and he assents to this motion.

WHEREFORE, the defendant respectfully requests that the Sentencing date be moved to December 8, 2005 or during the week

of December 19, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:   _____
                              KAREN L. GOODWIN
                              Assistant U.S. Attorney
                              1550 Main Street, Room 310
                              Springfield, MA 01103-1422
DATED:  October 27, 2005      (413) 785-0269


### CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

                David Hoose
                Katz, Sasson, Hoose & Turnbull
                1145 Main Street
                Springfield, MA 01103

This 27th day of October, 2005

                              _____
                              KAREN L. GOODWIN
                              ASSISTANT UNITED STATES ATTORNEY