UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                           ) | Cr. No. 05-30060-MAP |
| ) | |
| MARION E. WHITE                  ) | |
| ) | |

ORDER

PONSOR, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Marion E. White to Fleet Financial Services as part of the sentence imposed December 19, 2005, shall be paid instead to Bank of America, the successor to Fleet Financial.

Dated: ~~July~~ Aug. 28, 2006

/s/ Michael A. Ponsor
Michael A. Ponsor, U.S.D.J.